# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROBERT D. SMITH,**

        Plaintiff,

     V.                              CASE NUMBER: **05-C-871**

**COUNTY OF RACINE,**
**ROBERT D. CARLSON,**
**JIM SCHERFF, and**
**JOHN DOE,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion for summary judgment is Granted dismissing plaintiff's civil rights claim for violation of 42 U.S.C. § 1983 (Claim II: Violations of 42 U.S.C. § 1983: Delay and Denial of Medical Treatment), his common-law negligence claim (Claim I: Negligent Delay in Treatment, and his punitive damage claim (Claim III).**

**This action is hereby DISMISSED.**

    September 4, 2007                                    JON W. SANFILIPPO
Date                                                            Clerk

                                                                   s/ Linda M. Zik
                                                                   (By) Deputy Clerk